Certificate Number: 03088-FLS-DE-029560781

Bankruptcy Case Number: 17-17987



03088-FLS-DE-029560781

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 11, 2017</u>, at <u>11:23</u> o'clock <u>AM CDT</u>, <u>Carl D Evans</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date: <u>July 11, 2017</u>     By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>